# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

| In re:<br>Dave S Bang and Annice J Han<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  8:22−bk−11409−SC |
|---|---|
| Chanhee Lee<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Dave S Bang<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | CHAPTER NO.:  7<br><br>ADVERSARY NO.:  8:22−ap−01101−SC |

# NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
# UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On December 29, 2022, a request was filed for the clerk to enter default against defendant(s) **Annice J Han aka Annice Bang**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☐ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☐ The complaint file date listed on the request does not match the docket.
- ☐ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☐ An answer or other responsive pleading has been filed.
- ☑ The declaration required under Local Bankruptcy Rule 7055−1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☐ The Proof of Service and copy of the Summons is not attached to the request.
- ☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

Early Meeting of Counsel and Status Conference Instruction
missing from documents served

For the Court,

Dated: December 30, 2022

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Nickie Bolte**
  **Deputy Clerk**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Chanhee Lee<br>Sungeun Lee | Dave S Bang<br>Annice J Han<br>Sung Kwak Bang<br>Annice Bang |

(Form van193–nched VAN–193) Rev. 12/2014

## ATTACHMENT A