Charles L. Murray III, SBN. 195053
**Service Address:**
8605 Santa Monica Blvd, PMB 82716
West Hollywood, California 90069
Telephone: (213) 627-5983
Facsimile: (213) 627-6051
cmurray@cm3law.com

Creditors and Plaintiffs CHANHEE LEE and SUNGEUN LEE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DAVE S. BANG and ANNICE J HAN<br><br>Debtors<br><br>CHANHEE LEE and SUNGEUN LEE<br><br>Plaintiffs<br><br>v.<br><br>DAVE S. BANG, aka SUNG KWAK BANG and ANNICE J HAN, aka ANNICE BANG<br><br>Defendants | Case No:    8:22-bk-11409-SC<br><br>Adversary Case No:  8:22-ap-01101-SC<br><br>Hon:  Scott C. Clarkson<br><br>Chapter 7<br><br>**STATUS REPORT** |

    This Court granted Plaintiffs' request for relief of the bankruptcy stay on January 24, 2023 to litigate Chanhee Lee vs. The Ark of Love Community Church et. al., Case No. 30-2018-01040198-CU-PPO-CJC (hereinafter "State Court Action").

    The "State Court Action" is set trial for April 29, 2024.

DATE:  August 21, 2023

*Charles L. Murray III*

CHARLES L. MURRAY III

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8605 Santa Monica Boulevard, PMB 82716, West Hollywood, Ca 90069

A true and correct copy of the foregoing document entitled (*specify*): STATUS REPORT
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com  Charles L Murray    cmurray@cm3law.com, cm3esquire@gmail.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/21/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Dave S Bang aka Sung Kwak Bang 27 Dietes Ct #141 Ladera Ranch, CA92694-0806
Annice J Han aka Annice Bang 27 Dietes Ct #141 Ladera Ranch, CA92694-0806

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/21/2023 | CHARLES L. MURRAY III | /S/ *Charles L. Murray III* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**