1  Charles L. Murray III
   State Bar No. 195053
2  8605 Santa Monica Boulevard, PMB 82716
   Telephone (213) 627-5983
3  Facsimile (213) 627-6051
   cmurray@cm3law.com

4  Attorney for Plaintiffs
   CHANHEE LEE and SUNGEUN LEE
5

6              UNITED STATES BANKRUPTCY COURT

7        CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

8  In re:

9    DAVE S. BANG and ANNICE J HAN

10          Debtors

11

12 CHANHEE   LEE   and   SUNGEUN   LEE

13          Plaintiffs

14          v.

15 DAVE S. BANG, aka SUNG KWAK BANG and

16 ANNICE J HAN, aka ANNICE BANG

17          Defendants

18

Case No:      8:22-bk-11409-SC

Adversary Case No:  8:22-ap-01101-SC

Hon:  Scott C. Clarkson

Chapter 7

**JOINT STIPULATION FOR DISMISSAL OF THE ADVERSARIAL ACTION PURSUANT TO RULE 7041 AND FRCP 41(a)(1)(A)(ii)**

19

20      Pursuant to Rule 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS

21 STIPULATED by and between the parties hereto that this adversarial action may be dismissed with

22 prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation

23 is made as the matter has been resolved to the satisfaction of all parties.

24

25

26

27

28

Joint Stipulation                    -1-                    8:22-ap-01101-SC

Doc ID: 0e332f436a8e49349e50a0e2cfd34fa6d9401514

1  DATE:   08 / 24 / 2023

2                                          Attorney for Plaintiff
                                           CHANHEE LEE & SUNGEUN LEE
3

4  DATE:   08 / 22 / 2023

5                                          Plaintiff
                                           CHANHEE LEE
6

7  DATE:   08 / 22 / 2023

8                                          Plaintiff SUNGEUN LEE

9

10 DATE:   08 / 22 / 2023

                                           Defendant
11                                         SUNG BANG aka DAVE BANG

12 DATE:   08 / 22 / 2023

13                                         Defendant
                                           ANNICE BANG aka ANNICE HAN
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation                -2-              8:22-ap-01101-SC
Doc ID: 0e332f436a8e49349e50a0e2cfd34fa6d9401514